UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

vs-                              Case No. 3:11-CR-87(03)

**RICHARD E. BREWER**

    Defendant.

**ORDER RELEASING DEFENDANT FROM JAIL AND
CONTINUING DEFENDANT ON PROBATION**

On February 22, 2013, the Defendant appeared in open Court and entered admissions to allegations as set forth in the Petition, filed January 10, 2013, directing him to show cause why his Probation, a status that began December 9, 2011, should not be revoked. The Court found the Defendant was in violation of his probation supervision and set the matter for final disposition. At final disposition, held March 20, 2013, the Court continued the hearing for a period not to exceed sixty (60) days. Defendant was remanded to the custody of the United States Marshal Service.

**IT IS THE ORDER OF THE COURT** that based upon the recommendation of the United States Probation Office and without objection from the Government, the Defendant is to be released from custody on **Monday, May 20, 2013**, and continued on Probation with all conditions as previously imposed. Upon release Defendant is to immediately contact the Probation Office for further instruction.

**DONE** and **ORDERED** in Dayton, Ohio, this 16th day of May, 2013.

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT